IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JAMMIE GORDON,

    Plaintiff,

v.                          Case No. 4:15cv405-MW/CAS

OFFICER MURPHY, et al.,

    Defendants.
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 60. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The motion for summary judgment filed by Defendants Murphy, Chapman, and Gregg, ECF No. 51, is **GRANTED in part and DENIED in part**. The motion is **denied** as to the Eighth Amendment claim for excessive use of force against Defendants Chapman and Murphy, **denied** as to the Eighth Amendment claim for failure to protect against Defendant Gregg, and **denied** as to Defendants' qualified immunity defense, but **granted** in respect to all other claims. Plaintiff's

1

request for punitive and compensatory damages, ECF No. 4 at 9, is **DISMISSED** pursuant to 42 U.S.C. § 1997e(e).  This case is **REMANDED** to the Magistrate Judge for further proceedings prior to setting for trial.

    **SO ORDERED on December 18, 2017.**

                                      <u>**s/Mark E. Walker**</u>            
                                      **United States District Judge**